JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PINK BLUSH MATERNITY, INC., a California Corporation, *et al.*,<br><br>Defendants. | Case No.: CV 14-05893-GW(JEMx)<br><u>Hon. George Wu Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS CHRIS & CAROL APPAREL, INC.** |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS CHIRS & CAROL APPAREL, INC.

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Chris & Carol Apparel, Inc. is hereby dismissed without prejudice from this action.
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. Plaintiff and Chris & Carol Apparel, Inc. will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February 23, 2015                    By: ___/s/ George H. Wu_____
                                                 HONORABLE GEORGE WU
                                                 US District Court Judge

[PROPOSED] ORDER ON STIPULATION TO DISMISS CHIRS & CAROL APPAREL, INC.